IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA 9TH CIRCUIT

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 0 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ jAm _____ DEPUTY

BARRY MIGLIORINI

   Movant

v.

UNITED STATES SECURIES AND

EXCHANGE COMMISSION

   Respondent

SACV 20-01493-CJC(DFMx)

 

I, Barry Migliorini am now a customer of First Bank, 600 James S McDonnell Blvd. Mail Stop 042 Hazelwood, MO 63042 (Account held at Huntington Beach CA. branch, Goldenwest St.) and I am the customer whose records are being requested by the United States Securities and Exchange Commission.

The financial records sought by the United States Securities and Exchange Commission are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because the scope of the subpoena is overbroad as to time period and to the transactions covered.

The scope of the subpoena should be limited to the time period beginning with my first contact involving Wellness Matrix Group on May 23, 2018. (Invoice attached Exhibit 1). The specific date is marked by the opening of an account at this bank in the name of Wellness Matrix Group. Additionally, only transactions involving WMGR, George Todt, Steven Antibi, Jasmine Doe, James Camuso, Chris Lotito, and any of these individuals' business entities are within the scope of the SEC investigation. Any transactions not involving Wellness Matrix Group and/or any of the individuals associated with that company are beyond the scope of the SEC investigation. Therefore, I respectfully request that the scope of the subpoena be limited to the transactions involving the company and individuals being investigated.

I make no objection to the production of any and all documents involved with the Wellness Matrix Group account, account number ending in 0715.

The account labeled Help Keep America Great, was established to collect funds for a political action committee. This account contains no information relevant to the SEC investigation. Therefore, it should be excluded from the subpoena.

The account labeled BGM International, last four # 7912, has less than 3 relevant transactions within the scope of the subpoena.  No other transactions in that account should be open for a fishing expedition. Records of all relevant transactions are being provided to the SEC investigators along with their copy of this motion. If necessary, I request that the Court or a discovery master be named to review the requested documents and confirm or deny the validity of the requested reduction of the scope of the subpoena.

I declare under penalty of perjury that this statement foregoing is true and correct.

Signature of Barry Migliorini

Dated: July 31, 2020