KEVIN D. SOLONSKY, D.C. Bar No. 437119
Email: solonskykd@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
Telephone: (202) 551-5014
Facsimile: (202) 772-9263

LOCAL COUNSEL
AMY JANE LONGO, Cal. Bar No. 198304
Email: longoa@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Respondent
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY MIGLIORINI,<br><br>　　　　Movant,<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Respondent. | Case No. 8:20-cv-1493-CJC-DFM<br><br>**DECLARATION OF MICHAEL MUELLER IN SUPPORT OF OPPOSITION OF RESPONDENT SECURITIES AND EXCHANGE COMMISSION TO MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**<br><br>Date:　　November 3, 2020<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 6B<br>Judge:　　Hon. Douglas F. McCormick |

I, Michael Mueller, declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the following is true and correct. This verification is based upon my personal knowledge, and is submitted in support of the Verified Opposition of Respondent Securities and Exchange Commission to Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("Verified Opposition").

1. I am a staff attorney with the Securities and Exchange Commission's ("SEC") Division of Enforcement, and one of several attorneys designated by In the Matter of Wellness Matrix Group, Inc. (C-8681) as an officer of the SEC to help conduct the investigation. I have helped conduct the investigation, and as a result, am familiar with the facts of this investigation.

2. I have read the SEC's Verified Opposition, and certify that the facts set forth therein are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2020, in Chicago, Illinois.

*/s/ Michael Mueller*
Michael Mueller

1