JS-6

KEVIN D. SOLONSKY, D.C. Bar No. 437119
Email:  solonskykd@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
Telephone: (202) 551-5014
Facsimile:  (202) 772-9263

LOCAL COUNSEL
AMY JANE LONGO, Cal. Bar No. 198304
Email: longoa@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Respondent
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY MIGLIORINI,<br><br>  Movant,<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>  Respondent. | Case No. 8:20-cv-1493-CJC-DFM<br><br>[~~PROPOSED~~] ORDER DENYING MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978 |

1  Pending before the Court is the Motion for an Order pursuant to the Right to
2  Financial Privacy Act of 1978 ("Motion"), 12 U.S.C. 3401 et seq., quashing the
3  subpoena duces tecum issued by the Securities and Exchange Commission ("SEC")
4  to First Bank, Inc. ("First Bank") by Barry Migliorini and the SEC's Verified
5  Opposition.  Based upon these documents, and the entire record herein,
6  IT IS HEREBY ORDERED, that Migliorini's Motion is denied and that First
7  Bank comply with the SEC's subpoena for Migliorini's bank records.  The SEC has
8  established that the subpoenaed records are relevant to a legitimate law enforcement
9  inquiry of the SEC. 12 U.S.C. § 3410(c).
10 IT IS SO ORDERED.

12 DATED: September 30, 2020

_____
HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

Presented by:
Kevin D. Solonsky
Amy J. Longo
Attorneys for Respondent
Securities and Exchange Commission